**Opinion filed October 11, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00119-CV

_____

## IN THE MATTER OF THE ESTATE OF
## RAYMOND GERALD ROBERTS, DECEASED

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 10-08-1422**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a will contest. The appellants in this appeal are Cindy Etheredge and Lamesa National Bank. Etheredge has filed a "Notice of Nonsuit," which we treat as a motion to dismiss her appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Etheredge states that "she no longer wishes to pursue her appeal in this cause." Therefore, in accordance with Etheredge's request, we dismiss her appeal.

The motion to dismiss is granted, and the appeal of Cindy Etheredge is dismissed. The appeal filed by Lamesa National Bank shall remain pending. Appellee Brian Keith Robert's brief is due for filing on November 12, 2012.

PER CURIAM

October 11, 2012

Panel[1] consists of: Wright, C.J., McCall, J., and Hill.[2]

---

[1]Eric Kalenak, Justice, resigned effective September 3, 2012. The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.